IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



Clerk, U.S. District Court
District Of Montana
Missoula

TIDYMAN'S MANAGEMENT
SERVICES, INC., a Washington
corporation; LENORA DAVIS,
BATEMAN, VICKI EARHART,
CAROL HEALD, THERESA
YOUNGQUIST, BARBARA
GAUSTAD, SHARON YOUNG,
DIANE MOLES, KYLE BAILEY,
MARK RADEMAN, DREW OLSEN,
CHADNEY SAWYER, THOMAS
NAGRONE, DAN NAGRONE,
DARRELL NACCARATO, PAT
DAHMEN, JANELLE SELLS,
TERRI ORTON, BILL EVANSON,
TAMMY EVANSON, LARRY
THOMPSON, JASON GUICE, JAMIE
GUICE, LAURA SQUIBB, RICK
BAILLIE, JEFFREY TUCKER, AMY
TUCKER, MARYBETH WETSCH,
LAURA STOCKTON, JERRY
STREETER, CLARA KUHN,
NANCY MacDONALD, TED
NUXOLL, CINDY NUXOLL, and
DEAN CARLSON, individuals,

       Plaintiffs,

   vs.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA; and
JOHN DOES 1-10,

       Defendants.

CV 15–65–M–DLC


ORDER

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and

Recommendations on December 22, 2015, recommending granting Plaintiffs'

motion for remand. The parties failed to timely object to the findings and

recommendations, and so waived the right to de novo review of the record. 28

U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and

recommendations to which no party objects. *See McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v.*

*Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a

"definite and firm conviction that a mistake has been committed." *United States v.*

*Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

Having reviewed the Findings and Recommendations, the Court finds no

clear error in Judge Lynch's conclusion that Plaintiffs' motion should be granted

for lack of subject matter jurisdiction.

There being no clear error in Judge Lynch's Findings and

Recommendations, IT IS ORDERED that:

(1) Judge Lynch's Findings and Recommendations (Doc. 50) is ADOPTED

IN FULL.

(2) Plaintiffs' motion for remand (Doc. 16) is GRANTED.

(3) This matter is REMANDED to the Montana Fourth Judicial District

Court, Missoula County, for further proceedings.

Dated this 19th day of January, 2016.

Dana L. Christensen, Chief Judge
United States District Court